**No. 56283.**—August F. Stauff & Co., Inc. *v.* United States, protest 150315–K (New York).

Opinion by Cole, J. In accordance with stipulation of counsel that the merchandise consists of saurolo-ichthammol similar in all material respects to the ammonium ichthosulfonate passed upon in *United States* v. *Kachurin Drug Company* (39 C. C. P. A. 36, C. A. D. 459), the claim of the plaintiff was sustained.

**No. 56284.**—A. I. Scherer Leather Co. *v.* United States, protest 173642–K (B) (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.

**No. 56285.**—Railway Express Agency *v.* United States, protest 176980–K (New York).

Opinion by Mollison, J. Following the authorities cited in Abstract 15400 the court dismissed the protest.